IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EARL MATTHEW BOATRIGHT, <br> Plaintiff, | Civil Action No. 7:16-cv-00433 |
| v. | **MEMORANDUM OPINION** |
| J. KISER, et al., <br> Defendants. | Hon. Jackson L. Kiser <br> Senior United States District Judge |

By Order entered May 2, 2017, I directed Plaintiff to pay the outstanding filing fee or to otherwise respond due to his release from incarceration, and I also directed him to respond to defendants' dispositive motions. Plaintiff was advised that a failure to respond within fourteen days would result in the dismissal of the action without prejudice. Plaintiff has not responded to the Order, and accordingly, I dismiss the complaint without prejudice and deny as moot any pending motion due to Plaintiff's failure to prosecute. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating that pro se litigants are "subject to the time requirements and respect for court orders without which effective judicial administration would be impossible"); McDonald v. Head Criminal Ct. Supervisor Officer, 850 F.2d 121, 124 (2d Cir. 1988) ("[W]hile pro se litigants may in general deserve more lenient treatment than those represented by counsel, all litigants, including pro ses, have an obligation to comply with court orders. When they flout that obligation they, like all litigants, must suffer the consequences of their actions.").

ENTER: This 1st day of June, 2017.

_____
Senior United States District Judge