CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 0 1 2017

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EARL MATTHEW BOATRIGHT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16-cv-00433 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| J. KISER, et al., | ) | Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 1st day of ~~May~~ June, 2017.

_____
Senior United States District Judge